UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CARRETHERS,                           Case No. C09-1101 EMC

    Plaintiff,                                              **CLERK'S NOTICE**

  v.

BAY AREA RAPID TRANSIT, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED that a **Telephonic Conference Call Regarding Trial Date** is set for **November 3, 2011 at 1:30 p.m.** Plaintiff counsel shall coordinate the conference call and call this Court last at (415) 522-2117 at 1:30 p.m. on November 3, 2011.

Dated: October 28, 2011                         FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                                by: _____
                                                    Betty Lee
                                                    Courtroom Deputy