MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7021
   Fax: (415) 436-7234
   E-Mail: brigid.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> EMANUEL ESPINOZA, <br>   a/k/a Tyrone Barnes, <br>     Defendant. | No. CR 11-0565 EMC <br><br> [~~PROP~~OSED] ORDER EXCLUDING TIME FROM DECEMBER 14, 2011 THROUGH JANUARY 18, 2012 |

      The defendant, EMANUEL ESPINOZA, represented by Elizabeth Falk, and the government, represented by Brigid Martin, Assistant United States Attorney, appeared before the Court on December 14, 2011, for a status hearing. The parties requested and the Court agreed to continue the matter until January 18, 2012. Defense counsel asked that time under the Speedy Trial Act be excluded between December 14, 2011, and January 18, 2012, for effective preparation of counsel while the defense conducted necessary legal research. The matter was continued to January 18, 2012, for change of plea or to set further proceedings.

      Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 14, 2011, and January 18, 2012, would

ORDER EXCLUDING TIME
Case No. CR 11-0565 EMC

1 unreasonably deny defense counsel the reasonable time necessary for effective preparation,
2 taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court
3 further finds that the ends of justice served by excluding the time between December 15, 2011,
4 and January 18, 2012, from computation under the Speedy Trial Act outweigh the best interests
5 of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the
6 time between December 14, 2011, and January 18, 2012, shall be excluded from computation
7 under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 12/21/11

